JS-6

**UNITED STATE DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Leticia Carrera,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Target Corporation, et al.,<br><br>　　　　Defendants. | **CASE NO.: 8:18-cv-01850 JVS (ADSx)**<br>Assigned to: Judge James V. Selna<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br>Complaint Filed: 07/05/18<br>Trial Date:　　　11/05/19 |

**IT IS HEREBY ORDERED** that the Stipulation of Dismissal entered into between counsel for Plaintiff and Defendant on June 20, 2019 be entered as a matter of record and the case be hereby dismissed.

DATED: June 27, 2019　　　_____
　　　　　　　　　　　　　　　HONORABLE JAMES V. SELNA
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER RE STIPULATION OF DISMISSAL**

# PROOF OF SERVICE
# FRCP 5

I, Lisa Peter, the undersigned, am over the age of 18 years and not a party to this action. I am employed with the law firm of Trachtman & Trachtman, LLP, whose address is 23046 Avenida De La Carlota, Suite 300, Laguna Hills, California 92653.

On June 26, 2019, I served the interested parties in this action with the following documents:

**[PROPOSED] ORDER RE STIPULATION OF DISMISSAL**

as follows:

| *[X ] BY ELECTRONIC TRANSMISSION:* | charles@hsrlegal.com **Attorneys for Plaintiff** |
|---|---|
| I caused such document to be electronically transmitted via United States District Court, Central District of California, which is then printed and maintained with the original documents in our office. ||

Executed on June 26, 2019, at Laguna Hills, California.

*/s/ Lisa Peter*
_____
Lisa Peter, Declarant